United States District Court
Eastern District of Michigan

Oscar Eligio Amaya,

      Petitioner,

v.

Kevin Raycraft, Field Office Director
of Enforcement and Removal
Operations, Detroit Field Office, et al.,

      Respondents.

Civil No. 25-13539

Honorable Judith E. Levy

Magistrate Judge Curtis Ivy, Jr.

---

## Stipulation and Order for Extension of Time

---

Under Rule 6(b)(1)(A), the Court may extend a deadline for good cause if a request is made before the deadline expires. Fed. R. Civ. P. 6(b)(1)(A). On March 19, 2026, petitioner filed a motion for EAJA fees. (EAJA Mot., ECF No. 18). Under the local rules, respondents must file a response to petitioner's motion on April 2, 2026. *See* Loc. R. 71. However, respondents counsel requires one extra day to complete respondents' brief. Accordingly,

IT IS STIPULATED by the parties that respondents shall respond to petitioner's EAJA motion no later than April 3, 2026.

Stipulated and Agreed to By:

Palmer Rey PLLC

Jerome F. Gorgon Jr.
United States Attorney

<u>/s/ Glenn Eric Sproull (w/ consent)</u>
Glenn Eric Sproull (IL 6276310)
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034
(248) 522-9500
eric@palmerrey.com

<u>/s/ Zak Toomey</u>
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Petitioner*

*Attorneys for Defendants*

Dated: April 1, 2026

Dated: April 1, 2026


IT IS SO ORDERED.

Date: April 7, 2026

<u>s/Judith E. Levy</u>
JUDITH E. LEVY
United States District Judge