**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Oscar Eligio Amaya,

Petitioner,

v.

Kevin Raycraft, Immigration and Customs Enforcement, Detroit Field Office, Field Office Director of Enforcement and Removal Operations,

Respondent.

_________________________________/

Case No. 25-13539

Judith E. Levy
United States District Judge

Mag. Judge Curtis Ivy, Jr.

# JUDGMENT

On December 9, 2025, the Court granted the petition for a writ of habeas corpus and ordered Respondent to file a status report certifying that he complied with the order and that Petitioner was provided a bond hearing on or before December 17, 2025, or was otherwise released. (ECF No. 13.) On December 19, 2025, Respondent filed a status report certifying that Petitioner was provided a bond hearing in immigration court. (ECF No. 14.) Respondent filed a notice of appeal on February 9, 2026 (ECF No. 15), and the appeal was voluntarily dismissed by joint

stipulation on March 3, 2026. (ECF No. 17.) On March 19, 2026, Petitioner filed a motion for attorney fees, which was denied on August 26, 2026. (ECF Nos. 18, 23.) Petitioner has taken no further action or requested further relief.

As such, it is ordered and adjudged that the case is dismissed.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/William Barkholz
DEPUTY COURT CLERK

Date: August 27, 2026

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE